*991-15*

COA # 08-13-00236-CR         OFFENSE: 21.1

STYLE: Ronald Fay Schermerhorn v. The State of Texas         COUNTY: Tarrant

COA DISPOSITION: AFFIRMED         TRIAL COURT: Criminal District Court No. 4

DATE: 7/1/15         Publish: NO   TC CASE #: 1323955R


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Ronald Fay Schermerhorn v. The State of Texas         CCA #: 

___PRO SE___ Petition         CCA Disposition: **991-15**

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: 

___REFUSED___         JUDGE: 

DATE: 11/04/2015         SIGNED: _____ PC: _____

JUDGE: _____         PUBLISH: _____ DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____